# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| RB ALDEN CORP., | : | No. 60 MAP 2017 |
| | : | |
| Appellee | : | Appeal from the Order of the |
| | : | Commonwealth Court at 73 FR 2011, |
| | : | dated September 12, 2017, overruling |
| v. | : | the exceptions filed by the |
| | : | Commonwealth and entering the |
| | : | judgment of June 15, 2016, reversing |
| COMMONWEALTH OF PENNSYLVANIA, | : | the decision of the Board of Finance |
| | : | and Revenue at No. 1000719 dated |
| Appellant | : | December 15, 2010 and entered |
| | : | December 17, 2010. |

| | | |
|---|---|---|
| RB ALDEN CORP., | : | No. 66 MAP 2017 |
| | : | |
| Cross-Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at 73 FR 2011, |
| | : | dated September 12, 2017, overruling |
| v. | : | the exceptions filed by the |
| | : | Commonwealth and entering the |
| | : | judgment of June 15, 2016, reversing |
| COMMONWEALTH OF PENNSYLVANIA, | : | the decision of the Board of Finance |
| | : | and Revenue at No. 1000719 dated |
| Cross-Appellee | : | December 15, 2010 and entered |
| | : | December 17, 2010. |

## ORDER

**PER CURIAM**                                              **DECIDED:  September 21, 2018**

**AND NOW,**  this 21st day of September, 2018, the order of the Commonwealth Court is **VACATED**, and this matter is **REMANDED** to the Commonwealth Court for reconsideration in light of this Court's decision in *Nextel v. Commonwealth*, 171 A.3d 682 (Pa. 2017).  Further, the Commonwealth's "Application to Strike, In Part, RB Alden Corp.'s Reply Brief" is **DENIED** as moot.